Ted R. Frame, Esq., SBN 023736
Russell Matsumoto, Esq., SBN 084949
FRAME & MATSUMOTO
Attorneys at Law
201 Washington Street
PO Box 895
Coalinga, CA  93210-0895
Phone (559) 935-1552
Fax (559) 935-1555

Attorneys for Plaintiff
Amanda Flores

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| AMANDA FLORES, an individual<br>    Plaintiff,<br>vs.<br>AMCO INSURANCE COMPANY; a corporation,<br><br>    Defendant. | CASE NO.: 1:07-CV-01183-LJO-DLB<br><br>**STIPULATION TO CONTINUE MOTION TO DISMISS COMPLAINT; ORDER THEREON**<br><br>Date: November 2, 2007<br>Time; 8:30 a.m.<br>Ctrm: Four |

IT IS HEREBY STIPULATED by and between the parties hereto that Plaintiff Amanda Flores and Defendant AMCO Insurance Company through their respective undersigned attorneys, that Defendant's Motion to Dismiss Complaint currently set to be heard on November 2, 2007, be continued to November 20, 2007, at 8:30 a.m.

Said Stipulation is made in the interest of justice in that Ted R. Frame, attorney for Plaintiff, has a scheduling conflict with the date currently set, November 2, 2007.

DATED: October 11, 2007                    FRAME & MATSUMOTO

LAW OFFICES
FRAME &
MATSUMOTO
PO Box 895
Coalinga, CA
93210

STIPULATION TO CONTINUE MOTION TO DISMISS COMPLAINT; ORDER THEREON- 1

BY: _____
Russell Matsumoto, Attorneys for Plaintiff

DATED: October 11, 2007        LEWIS, BRISBOIS, BISGAARD & SMITH LLP

BY: _____
Julian J. Pardini, Attorneys for Defendants

## ORDER

A Stipulation having been entered into by the respective parties for a continuance of Defendants' Motion to Dismiss Complaint and good cause appearing therefore,

IT IS ORDERED that the date of November 2, 2007, the date currently set for Defendants' Motion to Dismiss Complaint, is continued to November 20, 2007, at 8:30 a.m.

IT IS SO ORDERED.

Dated:   October 12, 2007            /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

LAW OFFICES
FRAME &
MATSUMOTO
PO Box 895
Coalinga, CA
93210

STIPULATION TO CONTINUE MOTION TO DISMISS COMPLAINT; ORDER THEREON- 2